# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| OQUINN APPLIANCE & REFRIGERATION SE | § § § § | Case No. 6:15-bk-08946-KSJ |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

EMERSON C. NOBLE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00  
*(Without deducting any secured claims)*

Assets Exempt: NA

Total Distributions to Claimants: 2,150.02

Claims Discharged  
Without Payment: NA

Total Expenses of Administration: 870.26

---

3) Total gross receipts of $ 3,020.28 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 3,020.28 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 870.26 | 870.26 | 870.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 11,567.91 | 5,662.79 | 5,662.79 | 2,150.02 |
| **TOTAL DISBURSEMENTS** | $ 11,567.91 | $ 6,533.05 | $ 6,533.05 | $ 3,020.28 |

4) This case was originally filed under chapter 7 on 10/22/2015 . The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/06/2018            By:/s/EMERSON C. NOBLE, TRUSTEE
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 CHEVROLET 3500 CARGO VAN | 1129-000 | 3,000.00 |
| BANK ACCT | 1229-000 | 20.28 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,020.28** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:EMERSON C. NOBLE, TRUSTEE | 2100-000 | NA | 755.07 | 755.07 | 755.07 |
| TRUSTEE EXPENSES:EMERSON C. NOBLE, TRUSTEE | 2200-000 | NA | 24.59 | 24.59 | 24.59 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 0.60 | 0.60 | 0.60 |
| BANK OF KANSAS CITY | 2600-000 | NA | 20.00 | 20.00 | 20.00 |
| BOK FINANCIAL | 2600-000 | NA | 70.00 | 70.00 | 70.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 870.26 | $ 870.26 | $ 870.26 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | R.E. Michel Company, LLC c/o Richard Sierra P.O. Box 113 Orlando, FL 32801 | | 11,567.91 | NA | NA | 0.00 |
| 000001 | R.E. MICHEL COMPANY, LLC C/O | 7100-000 | NA | 5,662.79 | 5,662.79 | 2,150.02 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 11,567.91 | $ 5,662.79 | $ 5,662.79 | $ 2,150.02 |

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-08946 | KSJ | Judge: KAREN S. JENNEMANN | Trustee Name: | EMERSON C. NOBLE, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | OQUINN APPLIANCE & REFRIGERATION SE | | | Date Filed (f) or Converted (c): | 10/22/15 (f) |
| | | | | 341(a) Meeting Date: | 11/25/15 |
| For Period Ending: | 04/06/18 | | | Claims Bar Date: | 02/19/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2007 CHEVROLET 3500 CARGO VAN<br><br>2007 Chevrolet 3500 Cargo Van with 230,000 miles VIN# 1GCHG35V071184090 | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 2. BANK ACCT (u)<br><br>Wells Fargo account | 0.00 | 20.28 | | 20.28 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $3,000.00 | $3,020.28 | | $3,020.28 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/17/16 - Filed Notice of Sale on van - Docket # 9) $3,000 over 10 months

11/17/16 - Filed turnover motion for vehicle after frequent calls to DA did not result in additional payments. Per DA office, the debtor wont return our phone calls.

11/29/16 - Mr. O'Quinn called. Was notified from bank that check he sent for $1,300 bounced. Sending replacement cashier's check today.

1/2/17 - Submitted order on turnover as replacement check was never received

6/22/17 - Emailed DA about balance due to estate

6/23/17 - Sent letter to debtor (Mr OQuinn and attorney) re balance due to estate.

LFORM1

Ver: 20.00h

UST Form 101-7-TDR (10/1/2010) (Page: 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 15-08946   KSJ   Judge: KAREN S. JENNEMANN | Trustee Name: EMERSON C. NOBLE, TRUSTEE |
| Case Name: | OQUINN APPLIANCE & REFRIGERATION SE | Date Filed (f) or Converted (c): 10/22/15 (f) |
| | | 341(a) Meeting Date: 11/25/15 |
| | | Claims Bar Date: 02/19/16 |

Initial Projected Date of Final Report (TFR): 04/30/17     Current Projected Date of Final Report (TFR): 12/01/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 15-08946 -KSJ | Trustee Name: | EMERSON C. NOBLE, TRUSTEE |
|---|---|---|---|
| Case Name: | OQUINN APPLIANCE & REFRIGERATION SE | Bank Name: | BOK FINANCIAL |
| | | Account Number / CD #: | *******8081 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0453 | | |
| For Period Ending: | 04/06/18 | Blanket Bond (per case limit): | $ 300,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/04/16 | 2 | WELLS FARGO | BANK ACCOUNT | 1229-000 | 20.28 | | 20.28 |
| 06/13/16 | 1 | Ace Appliance AC Services<br>8 Hibiscus Drive<br>Ormond Beach, FL 32716 | MO PYMT ON VEHICLE BUY BACK<br>Pursuant to Notice of Sale (Docket # 9) | 1129-000 | 350.00 | | 370.28 |
| * 11/19/16 | 1 | Ace Appliance AC Services<br>8 Hibiscus Drive<br>Ormond Beach, FL 32716 | MO PYMT ON VEHICLE BUY BACK<br>Pursuant to Notice of Sale (Docket # 9) | 1129-003 | 1,300.00 | | 1,670.28 |
| * 11/29/16 | 1 | Ace Appliance AC Services<br>8 Hibiscus Drive<br>Ormond Beach, FL 32716 | MO PYMT ON VEHICLE BUY BACK<br>NSF CHECK | 1129-003 | -1,300.00 | | 370.28 |
| 01/09/17 | 1 | Ace Appliance AC Services<br>8 Hibiscus Drive<br>Ormond Beach, FL 32716 | MO PYMT ON VEHICLE BUY BACK<br>Pursuant to Notice of Sale (Docket # 9) | 1129-000 | 1,350.00 | | 1,720.28 |
| 01/31/17 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,710.28 |
| 02/17/17 | 003001 | |nternational Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Blank Bond #016027985 | 2300-000 | | 0.60 | 1,709.68 |
| 02/28/17 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,699.68 |
| 03/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,689.68 |
| 04/28/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,679.68 |
| 05/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,669.68 |
| 06/30/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,659.68 |
| 07/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,649.68 |
| 08/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,639.68 |
| 09/29/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,629.68 |
| 10/10/17 | 1 | Ace Appliance AC Services<br>8 Hibiscus Drive<br>Ormond Beach, FL 32716 | MO PYMT ON VEHICLE BUY BACK<br>Pursuant to Notice of Sale (Docket # 9) | 1129-000 | 1,300.00 | | 2,929.68 |

Page Subtotals    3,020.28    90.60

Ver: 20.00h

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 15-08946 -KSJ | Trustee Name: | EMERSON C. NOBLE, TRUSTEE |
|---|---|---|---|
| Case Name: | OQUINN APPLIANCE & REFRIGERATION SE | Bank Name: | BOK FINANCIAL |
| | | Account Number / CD #: | *******8081 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0453 | | |
| For Period Ending: | 04/06/18 | Blanket Bond (per case limit): | $ 300,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/21/18 | 003002 | EMERSON C. NOBLE, TRUSTEE<br>P.O. BOX 622798<br>OVIEDO, FL 32762--279 | Chapter 7 Compensation/Fees | 2100-000 | | 755.07 | 2,174.61 |
| 03/21/18 | 003003 | EMERSON C. NOBLE, TRUSTEE<br>P.O. BOX 622798<br>OVIEDO, FL 32762--279 | Chapter 7 Expenses | 2200-000 | | 24.59 | 2,150.02 |
| 03/21/18 | 003004 | R.E. Michel Company, LLC c/o<br>Richard Sierra<br>P.O. Box 113<br>Orlando, FL 32801 | Claim 000001, Payment 37.96750%<br>(1-1) Account Number (last 4 digits):136 | 7100-000 | | 2,150.02 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 3,020.28 | 3,020.28 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 3,020.28 | 3,020.28 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,020.28 | 3,020.28 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******8081 | 3,020.28 | 3,020.28 | 0.00 |
| | 3,020.28 | 3,020.28 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          2,929.68

Ver: 20.00h

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*